UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JORDAN SANTOYO,<br>Plaintiff | CIVIL ACTION 1:19-CV-01539 |
| VERSUS | JUDGE DRELL |
| VILLAGE OF HESSMER, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED as to Santoyo's: (1) defamation claim; and (2) federal whistleblower and anti-retaliation statute claims; and those claims are DISMISSED WITHOUT PREJUDICE.

IT IS ORDERED that Defendants' Motion to Dismiss is DENIED as to Santoyo's: (1) Louisiana Whistleblower Statute (La. R.S. 23:967) claim; (2) due process claims pursuant to La. R.S. 40:2531; and (3) First Amendment claims pursuant to 28 U.S.C. § 1983.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 6 day of January 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT